# Exhibit A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-891-496**

Effective date of registration:

November 19, 2013

## Title

**Title of Work:** Group Registration of Photos: 165 photos Range of Publication Dates March 28 2009 to December 28 2009

**Contents Titles:**
- Badgerland 4 images published July 1 2009
- Bam Fest 8 images published September 28 2009
- Dave Matthews Band 14 images published October 14 2009
- De La Buena 4 images published June 7 2009
- Femi Kuti 30 images published July 12 2009
- Light Painting 29 images published September 22 2009
- Sindoolaa 8 images published July 12 2009
- Sleighriders 17 images published December 28 2009
- Sue DaBaco 1 image published March 28 2009
- Sue DaBaco 4 images published May 11 2009
- Sue DaBaco 9 images published July 26 2009
- Sue DaBaco 5 images published July 28 2009
- Sue DaBaco 4 images published August 8 2009
- Sue DaBaco 5 image published September 6 2009
- Sue DaBaco 3 images published September 26
- Sue DaBaco 4 images published December 5 2009
- Sue DaBaco 1 image published December 9 2009
- Sue DaBaco 3 images published December 26 2009
- Tulips 2 images published May 13 2009
- Whitnal Park 10 images published September 20 2009

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** March 28, 2009   **Nation of 1st Publication:** United States

## Author

| | |
|---:|:---|
| Author: | Jennifer Rondinelli Reilly |
| Author Created: | photograph(s) |
| Work made for hire: | No |
| Citizen of: | United States |
| Year Born: | 1977 |

## Copyright claimant

| | |
|---:|:---|
| Copyright Claimant: | Jennifer Rondinelli Reilly |
| | 1919 Swartz Drive, Waukesha, WI, 53188, United States |

## Rights and Permissions

| | |
|---:|:---|
| Name: | Jennifer Rondinelli Reilly |
| Email: | jen@jrrphoto.com |
| Address: | 1919 Swartz Drive |
| | Waukesha, WI 53188 United States |

Telephone: 414-915-7601

## Certification

| | |
|---:|:---|
| Name: | Jennifer Rondinelli Reilly |
| Date: | February 6, 2014 |



| | |
|---:|:---|
| Correspondence: | Yes |
| Copyright Office notes: | Regarding publication: Range of publication dates 3/28/2009-12/28/2009. |