# Exhibit C

Begin forwarded message:

**From:** Jen Reilly <thephotographyfanatic@yahoo.com>
**Subject: DMCA - Notice of Copyright Infringement**
**Date:** August 1, 2016 at 9:30:47 AM CDT
**To:** "debratucker@google.com" <debratucker@google.com>
**Reply-To:** Jen Reilly <thephotographyfanatic@yahoo.com>

DMCA - Notice of Copyright Infringement:

The infringed work at issue is an image that appears on the following link(s):

https://i.ytimg.com/i/5m0EwEvibpWLgviAOBM_nw/1.jpg

https://www.youtube.com/user/thevoicexvo

I am the copyright owner of the photo and it appears on my web site at this address:

http://fineartamerica.com/featured/red-lips-and-microphone-the-vault-jennifer-rondinelli-reilly.html

This letter is official notification under the provisions of Section 512(c) of the Digital Millennium Copyright Act ("DMCA") to effect removal of the above-reported infringement. I request that you immediately remove the specified posting and prevent the infringer, who is identified by its web address, from posting the infringing photograph to your servers in the future. Please be advised that law requires you to "expeditiously remove or disable access to" the infringing photograph upon receiving this notice. Noncompliance may result in a loss of immunity for liability under the DMCA.

I have a good faith belief that use of the material in the manner complained of here is not authorized by me, the copyright holder, or the law. The information provided here is accurate to the best of my knowledge. I swear under penalty of perjury that I am the copyright holder.

Please send me at the address noted below a prompt response indicating the actions you have taken to resolve this matter.


Sincerely,

Jennifer Rondinelli Reilly

414-915-7601

email: thephotographyfanatic@yahoo.com

Begin forwarded message:

**From:** Jen Reilly <thephotographyfanatic@yahoo.com>
**Subject: Re: [2-8572000012745]**
**Date:** August 12, 2016 at 11:04:28 AM CDT
**To:** "copyright@youtube.com" <copyright@youtube.com>
**Reply-To:** Jen Reilly <thephotographyfanatic@yahoo.com>

- *The information in the notification is accurate, and under penalty of perjury, Jennifer Rondinelli Reilly| is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.*

*Per your request I have submitted the above statement.*

*Jennifer Rondinelli Reilly*

On Wednesday, August 10, 2016 3:39 PM, "copyright@youtube.com" <copyright@youtube.com> wrote:


Hello,

Thank you for your notification. Your request does not contain the following statement:

- *The information in the notification is accurate, and under penalty of perjury,* [YOUR NAME] *is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.*

Once you respond with this statement, we will be able to take action on your request. Please understand that content will remain live on YouTube until you respond to this email with all required information.

Regards,
The YouTube Legal Support Team

On 08/04/16 10:05:55 thephotographyfanatic@yahoo.com wrote:

DMCA - Notice of Copyright Infringement:

The infringed work at issue is an image that appears on the following link(s):

https://i.ytimg.com/i/ 5m0EwEvibpWLgyiAOBM_nw/1.jpg

https://www.youtube.com/user/ thevoicexvo

I am the copyright owner of the photo and it appears on my web site at this address:

http://fineartamerica.com/ featured/red-lips-jennifer- rondinelli-reilly.html

This letter is official notification under the provisions of Section 512(c) of the Digital Millennium Copyright Act ("DMCA") to effect removal of the above-reported infringement. I request that you immediately remove the specified posting and prevent the infringer, who is identified by its web address, from posting the infringing photograph to your servers in the future. Please be advised that law requires you to "expeditiously remove or disable access to" the infringing photograph upon receiving this notice. Noncompliance may result in a loss of immunity for liability under the DMCA.

I have a good faith belief that use of the material in the manner complained of here is not authorized by me, the copyright holder, or the law. The information provided here is accurate to the best of my knowledge. I swear under penalty of perjury that I am the copyright holder.

Please send me at the address noted below a prompt response indicating the actions you have taken to resolve this matter.

Sincerely,

Jennifer Rondinelli Reilly

414-915-7601

email: thephotographyfanatic@yahoo. com

Begin forwarded message:

**From:** copyright@youtube.com
**Subject: RE: [2-8572000012745]**
**Date:** August 24, 2016 at 4:26:14 PM CDT
**To:** Jen Reilly <thephotographyfanatic@yahoo.com>

Hello,

Thank you for your notification.

Although this content appears on YouTube, it is being hosted by Google+, so we have routed this request to the appropriate Google team for further handling.

Regards,

The YouTube Legal Support Team

On 08/12/16 09:04:28 thephotographyfanatic@yahoo.com wrote:

- *The information in the notification is accurate, and under penalty of perjury, Jennifer Rondinelli Reilly is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.*

*Per your request I have submitted the above statement.*

*Jennifer Rondinelli Reilly*

On Wednesday, August 10, 2016 3:39 PM, "copyright@youtube.com" <copyright@youtube.com> wrote:

Hello,

Thank you for your notification. Your request does not contain the following statement:

- *The information in the notification is accurate, and under penalty of perjury, [YOUR NAME] is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.*

Once you respond with this statement, we will be able to take action on your request. Please understand that content will remain live on YouTube until you respond to this email with all required information.

Regards,
The YouTube Legal Support Team

On 08/04/16 10:05:55 thephotographyfanatic@yahoo.com wrote:

DMCA - Notice of Copyright Infringement:

The infringed work at issue is an image that appears on the following link(s):

https://i.ytimg.com/i/ 5m0EwEvibpWLgyiAOBM_ nw/1.jpg
https://www.youtube.com/user/ thevoicexvo

I am the copyright owner of the photo and it appears on my web site at this address:
http://fineartamerica.com/ featured/red-lips-and- microphone-the-vault-jennifer- rondinelli-reilly.html

This letter is official notification under the provisions of Section 512(c) of the Digital Millennium Copyright Act ("DMCA") to effect removal of the above-reported infringement. I request that you immediately remove the specified posting and prevent the infringer, who is identified by its web address, from posting the infringing photograph to your servers in the future. Please be advised that law requires you to "expeditiously remove or disable access to" the infringing photograph upon receiving this notice. Noncompliance may result in a loss of immunity for liability under the DMCA.

I have a good faith belief that use of the material in the manner complained of here is not authorized by me, the copyright holder, or the law. The information provided here is accurate to the best of my knowledge. I swear under penalty of perjury that I am the copyright holder.

Please send me at the address noted below a prompt response indicating the actions you have taken to resolve this matter.

Sincerely,

Jennifer Rondinelli Reilly

414-915-7601

email: thephotographyfanatic@yahoo. com

Begin forwarded message:

**From:** Jen Reilly <thephotographyfanatic@yahoo.com>
**Date:** August 4, 2016 at 12:05:55 PM CDT
**To:** "copyright@youtube.com" <copyright@youtube.com>
**Reply-To:** Jen Reilly <thephotographyfanatic@yahoo.com>

DMCA - Notice of Copyright Infringement:

The infringed work at issue is an image that appears on the following link(s):

https://i.ytimg.com/i/5m0EwEvibpWLgyiAOBM_nw/1.jpg
https://www.youtube.com/user/thevoicexvo

I am the copyright owner of the photo and it appears on my web site at this address:
http://fineartamerica.com/featured/red-lips-and-microphone-the-vault-jennifer-rondinelli-reilly.html

This letter is official notification under the provisions of Section 512(c) of the Digital Millennium Copyright Act ("DMCA") to effect removal of the above-reported infringement. I request that you immediately remove the specified posting and prevent the infringer, who is identified by its web address, from posting the infringing photograph to your servers in the future. Please be advised that law requires you to "expeditiously remove or disable access to" the infringing photograph upon receiving this notice. Noncompliance may result in a loss of immunity for liability under the DMCA.

I have a good faith belief that use of the material in the manner complained of here is not authorized by me, the copyright holder, or the law. The information provided here is accurate to the best of my knowledge. I swear under penalty of perjury that I am the copyright holder.

Please send me at the address noted below a prompt response indicating the actions you have taken to resolve this matter.

Sincerely,

Jennifer Rondinelli Reilly

414-915-7601

email: thephotographyfanatic@yahoo.com

Begin forwarded message:

**From:** copyright@youtube.com
**Subject: Re: [2-8572000012745]**
**Date:** August 4, 2016 at 12:06:05 PM CDT
**To:** thephotographyfanatic@yahoo.com
**Cc:** thephotographyfanatic@yahoo.com

Thanks for contacting the YouTube Copyright and DMCA compliance team. We will review your request as soon as possible. Please note that general help inquiries won't be answered here. To expedite our ability to investigate your claim, we encourage you to submit your copyright claim electronically via our webform.

For help with other site-related issues, please visit the YouTube Help Center. If you wish to report abuse or inappropriate content, or would like to make a privacy complaint, please visit our Safety Center. If appropriate, you may submit a complaint regarding other legal issues (including trademark and defamation).

The requirements of DMCA notification, and information about our DMCA policy, can be found here. Please make sure that you've provided us with all of the required information in order to process your complaint.

Regards,

The YouTube Team

Begin forwarded message:

**From:** copyright@youtube.com
**Subject: RE: [2-8572000012745]**
**Date:** August 10, 2016 at 3:34:02 PM CDT
**To:** Jen Reilly <thephotographyfanatic@yahoo.com>

Hello,

Thank you for your notification. Your request does not contain the following statement:

  • *The information in the notification is accurate, and under penalty of perjury,* [YOUR NAME] *is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.*

Once you respond with this statement, we will be able to take action on your request. Please understand that content will remain live on YouTube until you respond to this email with all required information.

Regards,

The YouTube Legal Support Team

On 08/04/16 10:05:55 thephotographyfanatic@yahoo.com wrote:

> DMCA - Notice of Copyright Infringement:
>
> The infringed work at issue is an image that appears on the following link(s):
>
> https://i.ytimg.com/i/5m0EwEvibpWLgyiAOBM_nw/1.jpg
>
> https://www.youtube.com/user/thevoicexvo
>
> I am the copyright owner of the photo and it appears on my web site at this address:
>
> http://fineartamerica.com/featured/red-lips-and-microphone-the-vault-jennifer-rondinelli-reilly.html
>
> This letter is official notification under the provisions of Section 512(c) of the Digital Millennium Copyright Act ("DMCA") to effect removal of the above-reported infringement. I request that you immediately remove the specified posting and prevent the infringer, who is identified by its web address, from posting the infringing photograph to your servers in the future. Please be advised that law requires you to "expeditiously remove or disable access to" the infringing photograph upon receiving this notice. Noncompliance may result in a loss of immunity for liability under the DMCA.

I have a good faith belief that use of the material in the manner complained of here is not authorized by me, the copyright holder, or the law. The information provided here is accurate to the best of my knowledge. I swear under penalty of perjury that I am the copyright holder.

Please send me at the address noted below a prompt response indicating the actions you have taken to resolve this matter.

Sincerely,

Jennifer Rondinelli Reilly

414-915-7601

email: thephotographyfanatic@yahoo.com

Begin forwarded message:

**From:** removals@google.com
**Subject: RE: [4-5625000012725] DMCA - Notice of Copyright Infringement**
**Date:** August 5, 2016 at 2:56:48 PM CDT
**To:** thephotographyfanatic@yahoo.com

Hello,

Thanks for reaching out to us.

In accordance with the Digital Millennium Copyright Act, we have completed processing your infringement notice. We are in the process of disabling access to the content in question at the following URL(s):

https://www.youtube.com/user/thevoicexvo

The content will be removed shortly.

Regards,
The Google Team

When replying to this message, please do not change the subject line. Doing so may prevent us from receiving your message, and will cause you to receive a "bounced" auto-response. If you receive that "bounce" response, please resend your message by replying to this original email without changing the subject line. If you still receive an auto-response, submit a new request through our forms at http://support.google.com/legal.

DMCA - Notice of Copyright Infringement:

The infringed work at issue is an image that appears on the following link(s):

https://i.ytimg.com/i/5m0EwEvibpWLgyiAOBM_nw/1.jpg

https://www.youtube.com/user/thevoicexvo

I am the copyright owner of the photo and it appears on my web site at this address:

http://fineartamerica.com/featured/red-lips-and-microphone-the-vault-jennifer-rondinelli-reilly.html

This letter is official notification under the provisions of Section 512(c) of the Digital Millennium Copyright Act ("DMCA") to effect removal of the above-reported infringement. I request that you immediately remove the specified posting and prevent the infringer, who is identified by its web address, from posting the infringing photograph to your servers in the future. Please be advised that law requires you to "expeditiously remove or disable access to" the infringing photograph upon receiving this notice. Noncompliance may result in a loss of immunity for liability under the DMCA.

I have a good faith belief that use of the material in the manner complained of here is not authorized by me, the copyright holder, or the law. The information provided here is accurate to the best of my knowledge. I swear under penalty of perjury that I am the copyright holder.

Please send me at the address noted below a prompt response indicating the actions you have taken to resolve this matter.

Sincerely,

Jennifer Rondinelli Reilly

414-915-7601

email: thephotographyfanatic@yahoo.com

Begin forwarded message:

**From:** copyright@youtube.com
**Subject: Re: [2-8572000012745]**
**Date:** August 4, 2016 at 12:06:05 PM CDT
**To:** thephotographyfanatic@yahoo.com
**Cc:** thephotographyfanatic@yahoo.com

Thanks for contacting the YouTube Copyright and DMCA compliance team. We will review your request as soon as possible. Please note that general help inquiries won't be answered here. To expedite our ability to investigate your claim, we encourage you to submit your copyright claim electronically via our webform.

For help with other site-related issues, please visit the YouTube Help Center. If you wish to report abuse or inappropriate content, or would like to make a privacy complaint, please visit our Safety Center. If appropriate, you may submit a complaint regarding other legal issues (including trademark and defamation).

The requirements of DMCA notification, and information about our DMCA policy, can be found here. Please make sure that you've provided us with all of the required information in order to process your complaint.

Regards,

The YouTube Team

Begin forwarded message:

**From:** Debra Tucker <debratucker@google.com>
**Subject: Re: DMCA - Notice of Copyright Infringement**
**Date:** August 1, 2016 at 9:34:33 AM CDT
**To:** Jen Reilly <thephotographyfanatic@yahoo.com>

Hello,

Please note that I longer handle copyright matters. I have forwarded your email to copyright@youtube.com as a courtesy. Please us that email address going forward.

- Debra

On Monday, August 1, 2016, Jen Reilly <thephotographyfanatic@yahoo.com> wrote:

DMCA - Notice of Copyright Infringement:

The infringed work at issue is an image that appears on the following link(s):

https://i.ytimg.com/i/5m0EwEvibpWLgyiAOBM_nw/1.jpg

https://www.youtube.com/user/thevoicexvo

I am the copyright owner of the photo and appears on my web site at this address:

http://fineartamerica.com/featured/red-lips-and-microphone-the-vault-jennifer-rondinelli-reilly.html

This letter is official notification under the provisions of Section 512(c) of the Digital Millennium Copyright Act ("DMCA") to effect removal of the above-reported infringement. I request that you immediately remove the specified posting and prevent the infringer, who is identified by its web address, from posting the infringing photograph to your servers in the future. Please be advised that law requires you to "expeditiously remove or disable access to" the infringing photograph upon receiving this notice. Noncompliance may result in a loss of immunity for liability under the DMCA.

I have a good faith belief that use of the material in the manner complained of here is not authorized by me, the copyright holder, or the law. The information provided here is accurate to the best of my knowledge. I swear under penalty of perjury that I am the copyright holder.

Please send me at the address noted below a prompt response indicating the actions you have taken to resolve this matter.

Sincerely,

Jennifer Rondinelli Reilly

414-915-7601

email: thephotographyfanatic@yahoo.com

--
Debra Tucker | Senior Manager, YouTube Legal Operations

**YT Copyright or legal issue?**
For more information, please visit:
The YouTube **Copyright Center** [external]
The YouTube **Policy and Safety Hub** [external]
Our internal-only site: go/ytlegalissues

This email may be confidential or privileged.  If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it went to the wrong person. Thanks.